FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 27  PM 12: 37

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESUS CARMONA | CIVIL ACTION NO. 05-0848 |
| VERSUS | |
| O. KENT ANDREWS, WARDEN ALLEN CORRECTIONAL CENTER | SECTION "M" (2) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Jesus Carmona for issuance of a writ of habeas corpus under 28 U.S.C. §2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 27th day of March, 2006.

_____
United States District Judge

\_\_\_ Fee _____
\_\_\_ Process _____
_X_ Dktd _____
\_/_ CtRmDep _____
\_\_\_ Doc. No _____